# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

ROSE TREE MEDIA SCHOOL DISTRICT,   :    No. 237 MAL 2017

       Respondent            :

                               :    Petition for Allowance of Appeal from
                               :    the Order of the Commonwealth Court

       v.                      :

ROSE TREE MEDIA SECRETARIES AND    :
EDUCATIONAL SUPPORT PERSONNEL      :
ASSOCIATION - ESPA, PSEA-NEA,         :

       Petitioners            :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 12th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.